Page 10

```
 1  supposed to do, what date you were supposed to put
 2  on it?
 3      A.  No.  I think we -- I just wrote the
 4  date of the incident that it occurred.
 5      Q.  Who told you the date?
 6      MR. FEDERICI:  Form.  You can answer.
 7      THE WITNESS:  I -- at that time I just knew
 8  the date that it happened.
 9      BY MR. DOYLE:
10      Q.  Well, when you say a week later, were
11  you handed a blank form?
12      A.  I think so, yes.
13      Q.  And so a week later Rachel hands you a
14  blank form, she told you the captain had filled one
15  out?
16      A.  Didn't say.
17      Q.  Did she tell you anyone else had filled
18  one out?
19      A.  No.
20      Q.  Did she tell she filled one out?
21      A.  No.
22      Q.  So she handed you a blank form and told
23  you what?
24      A.  If I remembered the incident that I
25  just needed to fill one out and go through, write
```

Page 11

```
 1  down what I remember, what I saw to the best of my
 2  ability.
 3      Q.  And the decision a week later to put as
 4  the date completed, July 15th, 2016, you don't
 5  remember any suggestion by Rachel or anyone else
 6  about that?
 7      MR. FEDERICI:  Form.
 8      THE WITNESS:  No.
 9      BY MR. DOYLE:
10      Q.  The particular injury description, that
11  was what you decided to put when you were asked a
12  week later?
13      A.  That's what I wrote, yes.
14      Q.  Did you remember a week later what had
15  happened?
16      A.  Yes.
17      Q.  Did you remember during a spin seeing
18  her being thrown into the bar and landing on her
19  rib cage?
20      A.  I remember her having pain in her rib
21  cage area.
22      Q.  Well, this part about thrown into the
23  bar and landed on her rib cage, where did that come
24  from if you're saying you didn't see it, all you
25  heard was her doing this?
```

Page 12

```
 1      A.  Well, when I went to check up on her,
 2  we kind of talked about what happened during the
 3  incident, and that's what I got from the
 4  conversation.
 5      Q.  So you're telling us you didn't see it
 6  but remember being specifically told that she had
 7  thrown into the bar and landed on her rib cage?
 8      A.  Yes.
 9      Q.  And that's what you're telling us you
10  remembered a week later?
11      A.  Yes.
12      Q.  The particular description, tall female
13  sitting on wet dock outside -- wet deck outside
14  with blonde hair wearing a teal dress over a
15  bathing suit, you remembered that a week later?
16      A.  Yes.
17      Q.  Did you look at any video of what
18  happened?
19      A.  No.
20      Q.  Ever?
21      A.  No.
22      Q.  Did you ever look at video of this
23  trip?
24      A.  No.
25      Q.  Did you ever see any of the other
```

Page 13

```
 1  employees, managers looking at video of what
 2  happened?
 3      A.  No.
 4      Q.  You immediately went to the woman and
 5  asked if she was hurt.  Did you do anything else?
 6      A.  No.
 7      Q.  Did you ask any other crew members to
 8  talk to her?
 9      A.  Yeah, Kelsey talked to her as well.
10      Q.  Now, you've spoken to Kelsey since this
11  event about what happened, haven't you?
12      A.  Yes.
13      Q.  When?
14      A.  I don't recall any particular dates.
15      Q.  Well, let's put it this way, within the
16  last week or so, have you talked with Kelsey about
17  what happened?
18      A.  Yes.
19      Q.  Within the last week or so of
20  testifying under oath, have you talked to Rachel
21  about what happened?
22      A.  Yes.
23      Q.  Within the last week or so of
24  testifying today, have you talked to Chris
25  Bohnenkamp about what happened?
```

4 (Pages 10 to 13)